```
                                              FILED
                                              August 30, 2010
         UNITED STATES DISTRICT COURT FOR THE
                                              CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
           EASTERN DISTRICT OF CALIFORNIA     CALIFORNIA
                                              _____
                                                 DEPUTY CLERK
```

UNITED STATES OF AMERICA,       )
                                )   Case No. 2:10-MJ-00255-KJM-7
         Plaintiff,             )
v.                              )   ORDER FOR RELEASE OF
                                )   PERSON IN CUSTODY
GREGORIO TELLEZ,                )
                                )
         Defendant.             )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  GREGORIO TELLEZ , Case No.  2:10-MJ-00255-KJM-7 , Charge  21USC § 846, 841(a)(1) and 843(b) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)    Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  August 30, 2010  at  2:00 pm .

                         By   /s/ Gregory G. Hollows
                              Gregory G. Hollows
                              United States Magistrate Judge

Copy 5 - Court