Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.438.7721

Attorney for Defendant
DAVID AVILA-SANDOVAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:10-CR-0395 LKK |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| vs. | |
| DAVID AVILA-SANDOVAL, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd Leras, Assistant United States Attorney, attorney for plaintiff; Caro Marks, attorney for defendant Alfredo del Toro; Philip Cozens, attorney for defendant Luis Sanchez; Michael Chastaine, attorney for defendant Jerone Wells; Michael Hansen, attorney for defendant David Avila-Sandoval; Christopher Cosca, attorney for defendant Gabriel Garcia; Danny Brace, Jr., attorney for defendant Gregorio Tellez; Michael Bigelow, attorney for defendant Gerardo Alcala, Clemente Jimenez, attorney for defendant Israel del Toro-Loza, Kyle Knapp; attorney for defendant Tomas Sotelo, Sr.; and Erin Radekin, attorney for defendant Searcy Andrews, that the previously-scheduled status conference date of December 7, 2010, be vacated and the matter set for status conference on February 15, 2011 at 9:15 a.m.

This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

1

**Stipulation and Order to Continue Status Conference**

1  Also, this is a wiretap case and discovery is ongoing.  On October 19, 2010, the Court excluded
2  time for both Local Codes T2 and T4, given the nature of the case, the number of defendants,
3  and the nature of discovery.

4      Accordingly, counsel and the defendant agree that time under the Speedy Trial Act
5  from the date this stipulation is lodged, through February 15, 2011, should be excluded in
6  computing time within which trial must commence under the Speedy Trial Act, pursuant to 18
7  U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Codes T2 [complexity of case] and T4
8  [reasonable time for defense counsel to prepare].

9  Dated:  December 3, 2010　　　　　　　　　　Respectfully submitted,

10　　　　　　　　　　　　　　　　　　　　　/s/ Michael E. Hansen
　　　　　　　　　　　　　　　　　　　　　MICHAEL E. HANSEN
11　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　David Avila-Sandoval
12
Dated:  December 3, 2010　　　　　　　　　　FEDERAL DEFENDER'S OFFICE
13

14　　　　　　　　　　　　　　　　　　　　　By: /s/ Caro Marks
　　　　　　　　　　　　　　　　　　　　　CARO MARKS
15　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Alfredo del Toro

16  Dated:  December 3, 2010　　　　　　　　　　/s/ Philip Cozens
　　　　　　　　　　　　　　　　　　　　　PHILIP COZENS
17　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Luis Sanchez

18  Dated:  December 3, 2010　　　　　　　　　　/s/ Michael Chastaine
　　　　　　　　　　　　　　　　　　　　　MICHAEL CHASTAINE
19　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Jerone Wells

20  Dated:  December 3, 2010　　　　　　　　　　/s/ Christopher Cosca
　　　　　　　　　　　　　　　　　　　　　CHRISTOPHER COSCA
21　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Gabriel Garcia

22  Dated:  December 3, 2010　　　　　　　　　　/s/ Danny Brace, Jr.
　　　　　　　　　　　　　　　　　　　　　DANNY BRACE, JR.
23　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Gregorio Tellez

24  Dated:  December 3, 2010　　　　　　　　　　/s/ Michael Bigelow
　　　　　　　　　　　　　　　　　　　　　MICHAEL BIGELOW
25　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Gerardo Alcala

26  Dated:  December 3, 2010　　　　　　　　　　/s/ Clemente Jimenez
　　　　　　　　　　　　　　　　　　　　　CLEMENTE JIMENEZ
27　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　Israel del Toro-Loza
28
Dated:  December 3, 2010　　　　　　　　　　/s/ Kyle Knapp
　　　　　　　　　　　　　　　　　　　　　KYLE KNAPP

**Stipulation and Order to Continue Status Conference**

|   |   |   |
|---|---|---|
| 1 |   | Attorney for Defendant Tomas Sotelo, Sr. |
| 2 | Dated:  December 3, 2010 | /s/ Erin Radekin |
|   |   | ERIN RADEKIN |
| 3 |   | Attorney for Defendant Searcy Andrews |
| 4 | Dated:  December 3, 2010 | U.S. ATTORNEY'S OFFICE |

/s/ Todd Leras
TODD LERAS
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED that the previously-scheduled status conference date of December 7, 2010, be vacated and the matter set for preliminary hearing on February 15, 2011. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Codes T2 and T4.

Dated:  December 6, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**Stipulation and Order to Continue Status Conference**