Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.438.7721

Attorney for Defendant
DAVID AVILA-SANDOVAL

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br><br>     vs.<br><br>ALFREDO DELTORO, et al.<br><br>                                Defendants. | No. 2:10-CR-0395 LKK<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd Leras, Assistant United States Attorney, attorney for plaintiff; Caro Marks, attorney for defendant Alfredo del Toro; Philip Cozens, attorney for defendant Luis Sanchez; Michael Chastaine, attorney for defendant Jerone Wells; Michael Hansen, attorney for defendant David Avila-Sandoval; Christopher Cosca, attorney for defendant Gabriel Garcia; Danny Brace, Jr., attorney for defendant Gregorio Tellez; Michael Bigelow, attorney for defendant Gerardo Alcala, Clemente Jimenez, attorney for defendant Israel del Toro-Loza, Kyle Knapp; attorney for defendant Tomas Sotelo, Sr.; and Erin Radekin, attorney for defendant Searcy Andrews, that the previously-scheduled status conference date of March 29, 2011, be vacated and the matter set for status conference on May 24, 2011.

This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case. Also, this is a wiretap case and discovery is ongoing.

1

**Stipulation and [Proposed] Order to Continue Status Conference**

Accordingly, counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through May 24, 2011, should be excluded in computing time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Codes T2 [complexity of case] and T4 [reasonable time for defense counsel to prepare].

Dated:  March 25, 2011        Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
David Avila-Sandoval

Dated:  March 25, 2011        FEDERAL DEFENDER'S OFFICE

By: /s/ Michael E. Hansen for
CARO MARKS
Attorney for Defendant Alfredo del Toro

Dated:  March 25, 2011        /s/ Michael E. Hansen for
PHILIP COZENS
Attorney for Defendant Luis Sanchez

Dated:  March 25, 2011        /s/ Michael E. Hansen for
MICHAEL CHASTAINE
Attorney for Defendant Jerone Wells

Dated:  March 25, 2011        /s/ Michael E. Hansen for
CHRISTOPHER COSCA
Attorney for Defendant Gabriel Garcia

Dated:  March 25, 2011        /s/ Michael E. Hansen for
DANNY D. BRACE, JR.
Attorney for Defendant Gregorio Tellez

Dated:  March 25, 2011        /s/ Michael E. Hansen for
MICHAEL BIGELOW
Attorney for Defendant Gerardo Alcala

Dated:  March 25, 2011        /s/ Michael E. Hansen for
CLEMENTE JIMENEZ
Attorney for Defendant
Israel del Toro-Loza

Dated:  March 25, 2011        /s/ Michael E. Hansen for
KYLE KNAPP
Attorney for Defendant Tomas Sotelo, Sr.

Dated:  March 25, 2011        /s/ Michael E. Hansen for
ERIN RADEKIN
Attorney for Defendant Searcy Andrews

**Stipulation and [Proposed] Order to Continue Status Conference**

Dated:  March 25, 2011                                    U.S. ATTORNEY'S OFFICE

By:  /s/ Michael E. Hansen for
TODD LERAS
Assistant U.S. Attorney
Attorney for Plaintiff

### ORDER

IT IS HEREBY ORDERED that the previously-scheduled status conference date of March 29, 2011, be vacated and the matter set for status conference on May 24, 2011.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Codes T2 and T4.

Dated:  March 29, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3

**Stipulation and [Proposed] Order to Continue Status Conference**