Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
DAVID AVILA-SANDOVAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>ALFREDO DEL TORO, et al.,<br><br>            Defendants. | No. 2:10-CR-00395-LKK<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd Leras, Assistant United States Attorney, attorney for plaintiff; Caro Marks, attorney for defendant Alfredo del Toro; Philip Cozens, attorney for defendant Luis Sanchez; Scott Tedmon, attorney for defendant Sean Blackwell; Michael Chastaine, attorney for defendant Jerone Wells; Michael Hansen, attorney for defendant David Avila-Sandoval; Christopher Cosca, attorney for defendant Gabriel Garcia; Danny Brace, Jr., attorney for defendant Gregorio Tellez; Michael Bigelow, attorney for defendant Gerardo Alcala; Clemente Jimenez, attorney for defendant Israel del Toro-Loza; Kyle Knapp, attorney for defendant Tomas Sotelo, Sr.; and Erin Radekin, attorney for defendant Searcy Andrews, that the previously-scheduled status conference date of May 24, 2011, be vacated and the matter set for status conference on July 19, 2011.

This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

1

**Stipulation and [Proposed] Order to Continue Status Conference**

1  This is a wiretap case and discovery is ongoing, as well.  Also, Michael Hansen, counsel for
2  defendant David Avila-Sandoval, is presently in trial.
3      Accordingly, counsel and the defendants agree that time under the Speedy Trial Act
4  from the date this stipulation is lodged, through July 19, 2011, should be excluded in
5  computing time within which trial must commence under the Speedy Trial Act, pursuant to 18
6  U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Codes T2 [complexity of case] and T4
7  [reasonable time for defense counsel to prepare].

Dated:  May 20, 2011                    Respectfully submitted,

                                        /s/ Michael E. Hansen
                                        MICHAEL E. HANSEN
                                        Attorney for Defendant
                                        David Avila-Sandoval

Dated:  May 20, 2011                    FEDERAL DEFENDER'S OFFICE

                                        By: /s/ Michael E. Hansen for
                                        CARO MARKS
                                        Attorney for Defendant Alfredo del Toro

Dated:  May 20, 2011                    /s/ Michael E. Hansen for
                                        PHILIP COZENS
                                        Attorney for Defendant Luis Sanchez

Dated:  May 20, 2011                    /s/ Michael E. Hansen for
                                        SCOTT TEDMON
                                        Attorney for Defendant Sean Blackwell

Dated:  May 20, 2011                    /s/ Michael E. Hansen for
                                        MICHAEL CHASTAINE
                                        Attorney for Defendant Jerone Wells

Dated:  May 20, 2011                    /s/ Michael E. Hansen for
                                        CHRISTOPHER COSCA
                                        Attorney for Defendant Gabriel Garcia

Dated:  May 20, 2011                    /s/ Michael E. Hansen for
                                        DANNY D. BRACE, JR.
                                        Attorney for Defendant Gregorio Tellez

Dated:  May 20, 2011                    /s/ Michael E. Hansen for
                                        MICHAEL BIGELOW
                                        Attorney for Defendant Gerardo Alcala

Dated:  May 20, 2011                    /s/ Michael E. Hansen for
                                        CLEMENTE JIMENEZ
                                        Attorney for Defendant
                                        Israel del Toro-Loza

Dated:  May 20, 2011                    /s/ Michael E. Hansen for

**Stipulation and [Proposed] Order to Continue Status Conference**

| | |
|---|---|
| | KYLE KNAPP |
| | Attorney for Defendant Tomas Sotelo, Sr. |
| Dated:  May 20, 2011 | /s/ Michael E. Hansen for |
| | ERIN RADEKIN |
| | Attorney for Defendant Searcy Andrews |
| | |
| Dated:  May 20, 2011 | U.S. ATTORNEY'S OFFICE |
| | |
| | By: /s/ Michael E. Hansen for |
| | TODD LERAS |
| | Assistant U.S. Attorney |
| | Attorney for Plaintiff |

## ORDER

IT IS HEREBY ORDERED that the previously-scheduled status conference date of May 24, 2011, be vacated and the matter set for status conference on July 19, 2011.  Time from May 20, 2011, through and including July 19, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Codes T2 and T4.

Dated:   May 23, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3

**Stipulation and [Proposed] Order to Continue Status Conference**