DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.:  2:10 CR 00395 |
| Plaintiff, | ) STIPULATION AND ORDER FOR<br>) MODIFICATION OF PRETRIAL RELEASE |
| vs. | ) |
| GREGORIO TELLEZ, | ) |
| Defendant | ) |

The parties hereby stipulate that in addition to the previously ordered conditions of

pretrial release for GREGORIO TELLEZ the following condition is modified:

Mr. Tellez has been participating in bi-weekly substance abuse counsel since being

released on bail.  His counselor has informed Darryl Walker, U.S. Pretrial Services Officer that

he does not feel that Mr. Tellez requires ongoing substance abuse counseling.  Mr. Tellez will be

participating in the MRT Program.

Based on the above facts and circumstances, it is hereby stipulated between the parties

that Mr. Tellez is no longer required to participate in substance abuse counseling as a condition

for his pretrial release.

All other terms and conditions of pretrial release previously imposed remain in effect.

Dated:  7-5-11

1
/s/DANNY D. BRACE, JR.,

2
DANNY D. BRACE, JR.
Attorney for GREGORIO TELLEZ

3

4
Dated:  7-5-11                              /s/ TODD LERAS

5
Assistant United States Attorney
Authorized to sign on Mr. Leras' behalf

6
on July 5, 2011

7

8
**ORDER**

9
IT IS HEREBY ORDERED that GREGORIO TELEZ' is no longer required to

10
participate in substance abuse counseling as a condition of his pretrial release.

11
Date: July 17, 2011

12
/s/ Gregory G. Hollows

13
U.S. MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25