**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Gerardo Alcala

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. Cr.S-10-395 LKK |
| Plaintiff ) | |
| ) | |
| vs. ) | STIPULATION CONTINUING STATUS |
| ) | CONFERANCE |
| ) | |
| GERARDO ALCALA, et. al., ) | ORDER |
| ) | |
| ) | |
| ) | |
| Defendant ) | |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, together with counsel for all defendants in the above referenced matter that the status conference presently set for September 20, 2011 be continued to December 20, 2011, at 9:15 a.m., thus vacating the presently set status conference.

    Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(8)(B)(iv) (continuity of counsel/reasonable time

-1-

for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of new the status conference, December 20, 2011.

    This continuance is requested because this is a wire-tap case, the large number of defendants and the amount of discovery. There are audio files numbering approximately 2,000 and related transcripts, all of which supports the complex nature of the case and the need for time for all counsel to effectively prepare. It is agreed as well that the ends of justice are served by granting the requested continuance and outweigh the best interest in the public and the defendants in a speedy trial.

Respectfully submitted,

                        BENJAMINE B. WAGNER
                        UNITED STATES ATTORNEY

DATED: 9/13/11        /s/ TODD LERAS
                        Todd Leras
                        Assistant United States Attorney

DATED: 9/13/11        /s/ MICHAEL B. BIGELOW
                        Michael B. Bigelow
                        Attorney for Gerardo Alcala

DATED: 9/13/11        /s/ CARO MARKS
                        Caro Marks
                        Attorney for Alfred del Toro

```
DATED: 9/13/11            /s/ PHIL COZENS
                          Phil Cozens
                          Attorney for Luis Sanchez


DATED: 9/13/11            /s/ SCOTT TEDMON
                          Scott Tedmon
                          Attorney for Sean Blackwell


DATED: 9/13/11            /s/ MICHAEL CHASTAINE
                          Michael Chastaine
                          Attorney for Jerome Wells


DATED: 9/13/11            /s/ MICHAEL HANSEN
                          Michael Hansen
                          Attorney for David Avila-Sandoval


DATED: 9/13/11            /s/ CHRISTOPHER COSCA
                          Christopher Cosca
                          Attorney for Gabriel Garcia


DATED: 9/13/11            /s/ DANNY BRACE
                          Danny Brace
                          Attorney for Gregorio Tellez


DATED: 9/13/11            /s/ CLEMENTE JIMENEZ
                          Clemente Jimenez
                          Attorney for Israel Deltoro-Chavez


DATED: 9/13/11            /s/ KYLE KNAPP
                          Kyle Knapp
                          Attorney for Thomas Sotelo


DATED: 9/13/11            /s/ ERIN RADEKIN
                          Erin Radekin
                          Attorney for Searcy Andrews
```

**ORDER**

    **IT IS ORDERED THAT:** Pursuant to stipulation by all parties the Status Conference in the above referenced matter, presently set for September 20, 2011 is rescheduled for December 20, 2011 at 9:15 AM. It is also agreed by the parties that time should be excluded for continuity of counsel and reasonable time for effective preparation and complexity within the meaning of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Codes T2 and T4, from the date of the filing of the order until the date of new the status conference, December 20, 2011.

    The Court specifically finds that the number of defendants and the amount of discovery in this wire-tap case, with audio files numbering approximately 2,000 and related transcripts, supports the complex nature of the case and the need for time for all counsel to effectively prepare. The Court also finds that the ends of justice are served by granting the requested continuance and outweigh the best interest in the public and the defendants in a speedy trial.

**IT IS SO ORDERED**

DATED: September 19, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT