DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.:  2:10 CR 00395 |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER FOR<br>) MODIFICATION OF PRETRIAL RELEASE |
| vs. | ) |
| GREGORIO TELLEZ, | ) |
| Defendant | ) |

The parties hereby stipulate that in addition to the previously ordered conditions of pretrial release for GREGORIO TELLEZ the following condition is added:

Mr. Tellez has requested that he be referred to participate in mental health counseling due to stress this matter has had on his life, personal relationships and work.  His Pre-Trial Services Officer, Darryl Walker, has requested a Court Order so that he may refer Mr. Tellez to appropriate counseling.

Based on the above facts and circumstances, it is hereby stipulated between the parties that Mr. Tellez is referred through Pre-Trial Service to mental health counseling.

All other terms and conditions of pretrial release previously imposed remain in effect.

Dated:  9-22-11

REQUEST FOR ORDER - 1

1                           /s/<u>DANNY D. BRACE, JR.,</u>

2                           DANNY D. BRACE, JR.
Attorney for GREGORIO TELLEZ

3

4 Dated: 9-22-11                /s/ TODD LERAS
Assistant United States Attorney
5                           Authorized to sign on Mr. Leras' behalf
on September 22, 2011

## ORDER

IT IS HEREBY ORDERED that GREGORIO TELEZ be referred to Mental Health Counseling, at the direction of Pre-Trial Services, as a condition of his pretrial release.

DATED: October 5, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE