**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Gerardo Alcala

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA        )
                                )   No. Cr.S-10-395 LKK
                Plaintiff       )
                                )   MODIFIED
           vs.                  )   STIPULATION CONTINUING STATUS
                                )   CONFERENCE
GERARDO ALCALA,                 )
Alfredo DELTORO                 )   ORDER
LUIS EDUARDO SANCHEZ            )
SEAN BLACKWELL                  )
JERON WELLS                     )
DAVID AVILAS-SANDOVAL           )
GABRIEL GARCIA                  )
GREGORY TELLEZ                  )
TOMAS SOTELO                    )
SEARCY ANDREWS                  )
                                )
                Defendants      )
_____ )


    IT IS HEREBY stipulated between the United States of

America through its undersigned counsel, together with counsel

for all named defendants in the above referenced matter that the

status conference presently set for December 20, 2011 be

continued to March 27, 2012, at 9:15 a.m., thus vacating the

presently set status conference.

Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(8)(B)(iv) (continuity of counsel/reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of new the status conference, March 27, 2012.

This continuance is requested because this is a wire-tap case, the large number of defendants and the amount of discovery. The audio files numbering in excess of 2,000 calls and related summaries of those calls were received in discovery in May of 2011. Thereafter, on December 9, 2011, the government provided the pen-register data identifying 140,000 calls (the government's count) between the various participants. In addition, on December 14, 2011 defense counsel met with the government and reviewed exhibits seized from various locations during the investigation of this matter pursuant to search warrant.  The government has agreed to copy many of the exhibits and all of the photographs in this matter in addition to a surveillance video. In addition, the government has agreed to provide copies of the search warrants for the various properties, applications, and supporting statements of probable cause for each, as well as the search warrant returns for each. The government has also agreed to provide all wire-tap applications, orders and related documents.

All of the forgoing supports the complex nature of the case and the need for time for all counsel to effectively prepare. It is agreed as well that the ends of justice are served by granting the requested continuance and outweigh the best interest in the public and the defendants in a speedy trial.

Respectfully submitted,

                            BENJAMINE B. WAGNER
                            UNITED STATES ATTORNEY


DATED: 12/15/11             /s/ TODD LERAS
                            Todd Leras
                            Assistant United States Attorney


DATED: 12/15/11             /s/ MICHAEL B. BIGELOW
                            Michael B. Bigelow
                            Attorney for Gerardo Alcala


DATED: 12/15/11             /s/ CARO MARKS
                            Caro Marks
                            Attorney for Alfred del Toro


DATED: 12/15/11             /s/ PHIL COZENS
                            Phil Cozens
                            Attorney for Luis Sanchez


DATED: 12/15/11             /s/ SCOTT TEDMON
                            Scott Tedmon
                            Attorney for Sean Blackwell


DATED: 12/15/11             /s/ MICHAEL CHASTAINE
                            Michael Chastaine
                            Attorney for Jerome Wells

DATED: 12/15/11          /s/ MICHAEL HANSEN
                         Michael Hansen
                         Attorney for David Avila-Sandoval


DATED: 12/15/11          /s/ CHRISTOPHER COSCA
                         Christopher Cosca
                         Attorney for Gabriel Garcia


DATED: 12/15/11          /s/ DANNY BRACE
                         Danny Brace
                         Attorney for Gregorio Tellez


DATED: 12/15/11          /s/ KYLE KNAPP
                         Kyle Knapp
                         Attorney for Thomas Sotelo


DATED: 12/15/11          /s/ ERIN RADEKIN
                         Erin Radekin
                         Attorney for Searcy Andrews


**ORDER**

**IT IS ORDERED THAT:** Pursuant to stipulation by all parties the Status Conference in the above referenced matter, presently set for December 20, 2011 is rescheduled for March 27, 2012 at 9:15 AM. It is also agreed by the parties that time should be excluded for continuity of counsel and reasonable time for effective preparation and complexity within the meaning of the

Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Codes T2 and T4, from the date of the filing of the order until the date of new the status conference, March 27, 2012.

The Court specifically finds that the number of defendants and the amount of discovery in this wire-tap case, with audio files numbering approximately 2,000 and related transcripts, supports the complex nature of the case and the need for time for all counsel to effectively prepare. The Court also finds that the ends of justice are served by granting the requested continuance and outweigh the best interest in the public and the defendants in a speedy trial.

**IT IS SO ORDERED**

DATED: December 16, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT