MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorney for Defendant
Jerone Bryant Wells

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JERONE WELLS, et al.,<br><br>    Defendants. | Case No.: 2:10-CR-395 LKK<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>JUDGE: Hon. Lawrence Karlton |

    Defendant Jerone Wells, by and through his attorney, Michael Chastaine, Luis Sanchez by and through his attorney Philip Cozens, Sean Blackwell by and through his attorney Scott Tedmon, Gabriel Garcia by and through her attorney Danny Brace, Searcy Andrews by and through his attorney, Erin Radekin, and the United States, by and through Assistant United States Attorney Todd Leras, hereby stipulate and agree to continue the status hearing in the above-captioned case from Tuesday, June 19, 2012 at 9:15 a.m. to Wednesday, September 5, 2012 at 9:15 a.m.  It is further stipulated that the above referenced time period should be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rules T2 and T4.  It is further stipulated that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant(s) in a speedy trial.

This case has been divided into two (2) groups. The A group is currently set for jury trial on August 28, 2012. The defendants involved in this motion consist of members of the B group. The B group has not yet been set for trial. It is anticipated that after the A group completes it's trial, the Government and members of the B group will be in a better position to resolve their respective cases.

Dated: June 13, 2012                     The CHASTAINE LAW OFFICE

                                         By: ____/s/ Michael Chastaine
                                              MICHAEL CHASTAINE
                                              Attorney for Jerone Wells

Dated: June 13, 2012

                                         By: ____/s/ Philip Cozens
                                              PHILIP COZENS
                                              Attorney for Luis Sanchez

Dated: June 13, 2012

                                         By: ____/s/ Scott Tedmon
                                              SCOTT TEDMON
                                              Attorney for Sean Blackwell

Dated: June 13, 2012

                                         By: ____/s/ Christopher Cosca
                                              CHRISTOPHER COSCA
                                              Attorney for Gabriel Garcia

Dated: June 13, 2012

                                         By: ____/s/ Danny Brace
                                              DANNY BRACE
                                              Attorney for Gregorio Tellez

Dated: June 13, 2012

                                         By: ____/s/ Erin Radekin
                                              ERIN RADEKIN
                                              Attorney for Searcy Andrews

Dated: June 13, 2012                       BENJAMIN B. WAGNER
                                          United States Attorney

                                          By:    /s/ Todd Leras
                                                 TODD LERAS
                                                 Assistant U.S. Attorney


## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference as to defendants Luis Sanchez, Sean Blackwell, Jerone Wells, Gabriel Garcia, Gregorio Tellez and Searcy Andrew scheduled for Tuesday, June 19, 2012 at 9:15 a.m. be continued to Wednesday, September 5, 2012 at 9:15 a.m. and that the period from June 19, 2012 to September 5, 2012 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).  Further, that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant(s) in a speedy trial.

Dated: June 14, 2012

                                          _____
                                          LAWRENCE K. KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT