```
BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-10-395 LKK |
| Plaintiff, ) | |
| ) | ORDER CONTINUING STATUS |
| v. ) | CONFERENCE |
| ) | |
| LUIS SANCHEZ, JERONE WELLS, ) | |
| SEAN BLACKWELL, GABRIEL ) | |
| GARCIA, SEARCY ANDREWS, and ) | |
| GREGORIO TELLEZ, ) | |
| Defendants. ) | |

This matter came before the Court for a status conference on September 5, 2012, at 9:15 a.m.  The United States was represented by Assistant United States Attorney Todd D. Leras. Defendants Luis Sanchez, Sean Blackwell, and Gregorio Tellez were personally present and represented by their respective counsel: Attorney Philip Cozens for Defendant Sanchez, Attorney Scott Tedmon for Defendant Blackwell, and Attorney Danny Brace for Defendant Tellez.  Defendants Jerone Wells, Gabriel Garcia, and Searcy Andrews had waivers of appearance on file and appeared through their respective counsel: Attorney Michael Chastaine for

1

Defendant Wells, Attorney Chris Cosca for Defendant Garcia, and Attorney Erin Radekin for Defendant Andrews.

Philip Cozens informed the Court that Defendant Sanchez had retained Anthony J. Palik as new counsel in this matter. Attorney Palik was present and confirmed that he was requesting to substitute in as counsel of record for Defendant Sanchez. The parties informed the Court that Mr. Palik would need additional time to review the voluminous discovery in this case. In addition, counsel for the remaining defendants informed the Court that they are discussing potential resolution of the matter with the government and therefore joined in Mr. Palik's request for additional preparation time. All parties therefore requested to continue the status conference to October 16, 2012.

Based on the representations of the parties, the Court further ordered that time be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare and continuity of counsel). The Court directed government counsel to prepare a formal order.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**IT IS HEREBY ORDERED**:

1. A status conference in this matter is set for October 16, 2012, at 9:15 a.m.; and

2. Based on the parties' representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through October 16, 2012.

IT IS SO ORDERED

Date: September 27, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT