LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
980 Ninth Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 449-9985
Facsimile:  (916) 446-7104
Email: tedmonlaw@comcast.net

Attorney for Defendant
SEAN BLACKWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> ALFREDO DEL TORO, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Cr. No. S-10-395 LKK <br><br> STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; FINDING OF EXCLUDABLE TIME <br><br> Date:   October 16, 2012 <br> Time:   9:15 a.m. <br> Judge:  Hon. Lawrence K. Karlton |

**STIPULATION**

Plaintiff, United States of America, through Assistant U.S. Attorney Todd D. Leras; defendant Luis Eduardo Sanchez, through counsel Anthony J. Palik; defendant Sean Blackwell, through counsel Scott L. Tedmon; defendant Jerone Bryant Wells, through counsel Michael L. Chastaine; defendant Gabriel Fernando Garcia, through counsel Christopher R. Cosca; defendant Gregorio Tellez, through counsel Danny D. Brace, Jr.; and defendant Searcy Andrews, through counsel Erin J. Radekin, hereby stipulate and agree as follows:

1. A status conference is currently set for October 16, 2012 at 9:15 a.m.

2. By this stipulation, the above-named defendants now move to continue the status conference to December 11, 2012 at 9:15 a.m., and to exclude time between October 16, 2012 and

1  December 11, 2012 under Local Code T2 and T4.  Plaintiff does not oppose this request.

2        3.  The basis upon which the parties agree to this proposed continuance of the status
3  conference is as follows:

      a.    This case was the product of a lengthy investigation in which wiretaps were utilized. The government has produced discovery which contains wiretap applications, periodic reports, and investigative materials.  Additionally, the government has provided defense counsel with voluminous wiretap conversations. Anthony Palik was substituted in as counsel of record to represent defendant Luis Eduardo Sanchez on September 5, 2012.  Given his recent entry into the case, Mr. Palik needs additional time to review the voluminous discovery and consult with his client.  Further, all of the above-named counsel need additional time to negotiate with the government and consult with their respective client in an effort to resolve the case short of trial.

      b.    Counsel for each defendant believes that failure to grant the above-requested continuance would deny their respective client the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      c.    The discovery in this case and the facts of the alleged conspiracy are "complex" within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii), [Local Code T2]. This Court has previously found this case to be "complex" and excluded time pursuant to Local Code T2, and the parties agree to such a finding of complexity.

      d.    Plaintiff does not object to the continuance.

      e.    Based on the above-stated findings, the ends of justice served by continuing the status conference as requested outweigh the best interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

      f.    For the purpose of computing time under the Speedy Trial Act, 16 U.S.C. § 3161, et seq., within which trial must commence, the time period from October 16, 2012 to December 11, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C. §

3161(h)(7)(a), B(ii) and (iv); [Local Code T2 and T4] because it results from a continuance by the Court at the defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5. Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: October 12, 2012        BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ Todd D. Leras
                               TODD D. LERAS
                               Assistant United States Attorney
                               Attorney for Plaintiff United States

DATED: October 12, 2012        LAW OFFICES OF ANTHONY J. PALIK

                               /s/ Anthony J. Palik
                               ANTHONY J. PALIK
                               Attorney for Defendant Luis Eduardo Sanchez

DATED: October 12, 2012        LAW OFFICES OF SCOTT L. TEDMON

                               /s/ Scott L. Tedmon
                               SCOTT L. TEDMON
                               Attorney for Defendant Sean Blackwell

DATED: October 12, 2012        LAW OFFICES OF MICHAEL L. CHASTAINE

                               /s/ Michael L/ Chastaine
                               MICHAEL L. CHASTAINE
                               Attorney for Jerone Bryant Wells

| | | |
|---|---|---|
| DATED: October 12, 2012 | | LAW OFFICES OF CHRISTOPHER R. COSCA |
| | | /s/ Christopher R. Cosca<br>CHRISTOPHER R. COSCA<br>Attorney for Defendant Gabriel Fernando Garcia |
| DATED: October 12, 2012 | | LAW OFFICES OF DANNY D. BRACE, JR. |
| | | /s/ Danny D. Brace, Jr.<br>DANNY D. BRACE, JR.<br>Attorney for Defendant Gregorio Tellez |
| DATED: October 12, 2012 | | LAW OFFICES OF ERIN J. RADEKIN |
| | | /s/ Erin J. Radekin<br>ERIN J. RADEKIN<br>Attorney for Defendant Searcy Andrews |

**ORDER**

IT IS SO FOUND AND ORDERED this 15th of October, 2012.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT