LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
980 Ninth Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 449-9985
Facsimile:  (916) 446-7104
Email: tedmonlaw@comcast.net

Attorney for Defendant
SEAN BLACKWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Cr. No. S-10-395 LKK |
| Plaintiff,  ) | |
| ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; FINDING OF EXCLUDABLE TIME |
| v.  ) | |
| ) | |
| ALFREDO DEL TORO, et al.,  ) | Date:   February 26, 2013 |
| ) | Time:   9:15 a.m. |
| Defendants.  ) | Judge:  Hon. Lawrence K. Karlton |

**STIPULATION**

Plaintiff, United States of America, through Assistant United States Attorney Todd D. Leras; defendant Luis Eduardo Sanchez, through counsel Anthony J. Palik; defendant Sean Blackwell, through counsel Scott L. Tedmon; defendant Jerone Bryant Wells, through counsel Michael L. Chastaine; defendant Gabriel Fernando Garcia, through counsel Christopher R. Cosca; defendant Gregorio Tellez, through counsel Danny D. Brace, Jr.; and defendant Searcy Andrews, through counsel Erin J. Radekin, hereby stipulate and agree as follows:

1. A status conference is currently set for February 26, 2013 at 9:15 a.m.

2. By this stipulation, the above-named defendants now move to continue the status conference to March 26, 2013 at 9:15 a.m., and to exclude time between February 26, 2013 and March 26, 2013 under Local Code T2 and T4.  Plaintiff does not oppose this request.

3. The basis upon which the parties agree to this proposed continuance of the status conference is as follows:

    a. This case was the product of a lengthy investigation in which wiretaps were utilized. The government has produced discovery which contains wiretap applications, periodic reports, and investigative materials. Additionally, the government has provided defense counsel with voluminous wiretap conversations. Taking the discovery and further investigation into consideration, the case has been severed into two groups. The government has advised defense counsel in Group Two the case has progressed to the point where plea offers will now be extended to each defendant in Group Two. This stipulation relates only to Group Two and counsel for each defendant in Group Two needs additional time to meet and confer with the government, review proposed plea agreements, and confer with each counsel's respective client in an effort to resolve the case short of trial.

    b. Counsel for each defendant believes that failure to grant the above-requested continuance would deny their respective client reasonable time necessary for effective preparation, which includes plea negotiations with the government, taking into account the exercise of due diligence.

    c. The discovery in this case and the facts of the alleged conspiracy are "complex" within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii), [Local Code T2]. This Court has previously found this case to be "complex" and excluded time pursuant to Local Code T2, and the parties agree to such a finding of complexity.

    d. Plaintiff does not object to the continuance.

    e. Based on the above-stated findings, the ends of justice served by continuing the status conference as requested outweigh the best interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from February 26, 2013 to March 26, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C. §

3161(h)(7)(a), B(ii) and (iv); [Local Code T2 and T4] because it results from a continuance by the Court, at the defendants request, on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5. Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: February 22, 2013     BENJAMIN B. WAGNER
                             United States Attorney

                              /s/ Todd D. Leras
                             TODD D. LERAS
                             Assistant United States Attorney
                             Attorney for Plaintiff United States

DATED: February 22, 2013     LAW OFFICES OF ANTHONY J. PALIK

                              /s/ Anthony J. Palik
                             ANTHONY J. PALIK
                             Attorney for Defendant Luis Eduardo Sanchez

DATED: February 22, 2013     LAW OFFICES OF SCOTT L. TEDMON

                              /s/ Scott L. Tedmon
                             SCOTT L. TEDMON
                             Attorney for Defendant Sean Blackwell

DATED: February 22, 2013     LAW OFFICES OF MICHAEL L. CHASTAINE

                             /s. Michael L. Chastaine
                             MICHAEL L. CHASTAINE
                             Attorney for Defendant Jerone Bryant Wells

DATED: February 22, 2013     LAW OFFICES OF CHRISTOPHER R. COSCA

                              /s/ Christopher R. Cosca
                             CHRISTOPHER R. COSCA
                             Attorney for Defendant Gabriel Fernando Garcia

DATED: February 22, 2013          LAW OFFICES OF DANNY D. BRACE, JR.

/s/ Danny D. Brace, Jr.
DANNY D. BRACE, JR.
Attorney for Defendant Gregorio Tellez

DATED: February 22, 2013          LAW OFFICES OF ERIN J. RADEKIN

/s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant Searcy Andrews

**ORDER**

IT IS SO FOUND AND ORDERED this 26th day of February, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT