```
BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>LUIS SANCHEZ, JERONE WELLS,<br>SEAN BLACKWELL, GABRIEL<br>GARCIA, SEARCY ANDREWS, and<br>GREGORIO TELLEZ,<br><br>        Defendants. | CR. S-10-395 LKK<br><br>ORDER FOLLOWING STATUS<br>CONFERENCE |

    This matter came before the Court for a status conference on March 26, 2013, at 9:15 a.m.  The United States was represented by Assistant United States Attorney Todd D. Leras.  Attorney Anthony Palik appeared for Defendant Luis Sanchez, Attorney Scott Tedmon appeared for Defendant Sean Blackwell and with permission stood in for Attorney Chris Cosca on behalf of Defendant Gabriel Garcia and for Attorney Erin Radekin on behalf of Defendant Searcy Andrews, while Attorney Michael Chastaine appeared on behalf of Jerone Wells and stood in for Attorney Danny Brace for Defendant Gregorio Tellez.

1

The parties informed the Court that they are continuing to negotiate resolution of the case and that they needed additional time to complete that process in light of the voluminous discovery in the case. Defendants Jerone Wells and Sean Blackwell requested to set a status conference/potential change of plea hearing on April 9, 2013. The remaining defendants, Andrews, Garcia, Sanchez, and Tellez, requested to set a status conference on May 14, 2013.

Based on the representations of the parties, the Court further ordered that time be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare and continuity of counsel).

**IT IS HEREBY ORDERED**:

1. A status conference/potential change of plea hearing for defendants Blackwell and Wells is set for April 9, 2013, at 9:15 a.m.;

2. A status conference for Defendants Andrews, Garcia, Sanchez, and Tellez is set for May 14, 2013, at 9:15 a.m., and

3. Based on the parties' representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded. The exclusion extends to April 9, 2013 for defendants Blackwell and Wells. The exclusion extends to May 14, 2013 for the remaining defendants.

IT IS SO ORDERED

Date: April 5, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT