BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. S-10-395 LKK |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| ) | ORDER TO CONTINUE STATUS |
| v. ) | CONFERENCE |
| ) | |
| LUIS EDWARD SANCHEZ, ) | |
| GABRIEL FERNANDO GARCIA, ) | |
| GREGORIO TELLEZ, and ) | |
| SEARCY ANDREWS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

   Plaintiff United States of America and defendants Luis Sanchez, Gabriel Garcia, Gregorio Tellez, and Searcy Andrews, through their respective counsel, stipulate and agree to continue the status conference in this matter from May 14, 2013 to June 11, 2013.

   The case results from a lengthy wiretap investigation into distribution of controlled substances. The wiretaps involved a voluminous number of telephone calls. A total of eleven defendants were charged in the Indictment. Four of those

1

1 defendants have either been sentenced or are pending sentencing
2 hearings.  The remaining defendants are conducting investigation
3 which, among other things, impacts the potential guidelines
4 applicable in the event the matter is resolved through changes of
5 plea.
6      Based on the time needed to complete the ongoing
7 investigation of the matters mentioned above, the parties agree
8 to an exclusion of time pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv)
9 and Local Code T-4 (attorney preparation and continuity of
10 counsel) up to and including June 11, 2013.  Attorneys for all
11 defendants have authorized Assistant United States Attorney Todd
12 D. Leras to sign this stipulation for them.

14 DATED:  May 10, 2013            By: /s/ Todd D. Leras
                                    TODD D. LERAS
15                                  Assistant U.S. Attorney

17 DATED:  May 10, 2013            By: /s/ Todd D. Leras for
                                    ANTHONY PALIK
18                                  Attorney for Defendant LUIS
                                    SANCHEZ

20 DATED:  May 10, 2013            By: /s/ Todd D. Leras for
                                    CHRIS COSCA
21                                  Attorney for Defendant GABRIEL
                                    GARCIA

23 DATED:  May 10, 2013            By: /s/ Todd D. Leras for
                                    DANNY D. BRACE, JR.
24                                  Attorney for Defendant
                                    GREGORIO TELLEZ
25
26 //
   //
27 //
   //
28 DATED:  May 10, 2013            By: /s/ Todd D. Leras for

2

ERIN RADEKIN
Attorney for Defendant SEARCY
ANDREWS

**IT IS HEREBY ORDERED**:

Based on the stipulation of the parties, it is hereby ordered that the status conference in this matter is continued to June 11, 2013, at 9:15 a.m.  In addition, time shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4 (attorney preparation and continuity of counsel) up to and including June 11, 2013.  The Court further finds that, based on the representation of the parties, the ends of justice outweigh the best interest of the public and Defendants in a speedy trial.

Date: May 13, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT