1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2918

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )
                                    )  CR. S-10-395 LKK
12          Plaintiff,              )
                                    )  ORDER FOLLOWING
13      v.                          )  STATUS CONFERENCE
                                    )
14                                  )
   LUIS EDWARD SANCHEZ,             )
15 GABRIEL FERNANDO GARCIA,         )
   GREGORIO TELLEZ,                 )
16 and SEARCY ANDREWS,              )
                                    )
17          Defendants.             )
   ─────────────────────────────   )

18

19

20      This matter came before the Court for a status conference on

21 June 11, 2013, at 9:15 a.m.  Assistant United States Attorney

22 Todd D. Leras represented the government.  Attorney Chris Cosca

23 appeared on behalf of Defendant Gabriel Garcia pursuant to a

24 written waiver of appearance.  Attorney Erin Radekin appeared on

25 behalf of Defendant Searcy Andrews pursuant to a written waiver

26 of appearance.  She also stood in for Attorney Danny Brace with

27 the consent of Defendant Gregorio Tellez, who was personally

28 present in court.  Defendant Luis Sanchez was also personally

                                  1

1   present.   Defendant Sanchez's attorney, Anthony Palik, did not

2   appear.

3        The Court placed the matter on calendar for Attorney Palik

4   to appear on June 18, 2013.   The Court further directed

5   government counsel to telephone Mr. Palik and inform him that he

6   needed to be personally present on June 18.

7        The remaining parties informed the Court that they are

8   conducting additional investigation and exchanging information

9   related to potential resolution of the case.   On that basis,

10  Defendants Garcia, Tellez, and Andrews requested that the status

11  conference be continued to July 9, 2013, at 9:15 a.m.   They

12  further requested an exclusion of time to that date for attorney

13  preparation and continuity of counsel.   The government joined in

14  the exclusion request.   The Court directed government counsel to

15  prepare a formal order regarding the proceedings.

16

17

18

19

20

21

22

23

24

25

26

27

28

**IT IS HEREBY ORDERED:**

    1.    Attorney Anthony Palik is directed to appear on behalf of his client, Defendant Luis Sanchez, on June 18, 2013, at 9:15 a.m.;

    2.    A status conference in this matter is set for July 9, 2013, at 9:15 a.m., as to Defendants Garcia, Tellez, and Andrews;

    3.    Based on the representation of the parties as to Defendants Garcia, Tellez, and Andrews, the Court finds that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (continuity of counsel and reasonable time to prepare) up to and including July 9, 2013.

    IT IS SO ORDERED

Date: June 14, 2013p

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT