BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CR. S-10-395 LKK |
| Plaintiff, | ) |
| | ) ORDER FOLLOWING |
| | ) STATUS CONFERENCE |
| v. | ) |
| | ) |
| LUIS EDWARD SANCHEZ, | ) |
| GABRIEL FERNANDO GARCIA, | ) |
| GREGORIO TELLEZ, | ) |
| and SEARCY ANDREWS, | ) |
| | ) |
| Defendants. | ) |

This matter came before the Court for a status conference on July 9, 2013, at 9:15 a.m.  Assistant United States Attorney Todd D. Leras represented the government.  Attorney Chris Cosca appeared on behalf of Defendant Gabriel Garcia pursuant to a written waiver of appearance.  Attorney Erin Radekin appeared on behalf of Defendant Searcy Andrews pursuant to a written waiver of appearance.  Attorney Danny Brace appeared on behalf of Defendant Gregorio Tellez pursuant to a written waiver of appearance.  Attorney Anthony Palik appeared on behalf of

1

1  Defendant Luis Sanchez, who was personally present and out of

2  custody.

3      Attorney Palik requested permission to waive Defendant Luis

4  Sanchez's personal presence at future hearings pursuant to a

5  written waiver of appearance filed before a hearing on this

6  matter on June 18, 2013.  The Court inquired if the request was

7  acceptable to Mr. Sanchez.  Mr. Sanchez consented to allow his

8  counsel to appear on his behalf unless his personal presence was

9  necessary.

10     The parties informed the Court that they are conducting

11  additional investigation and exchanging information related to

12  potential resolution of this wiretap case.  On that basis, all

13  parties requested that the status conference be continued to

14  August 13, 2013, at 9:15 a.m.  They further requested an

15  exclusion of time to that date for attorney preparation and

16  continuity of counsel.  The government joined in the exclusion

17  request.  The Court directed government counsel to prepare a

18  formal order regarding the proceedings.

19

20

21

22

23

24

25

26

27

28

**IT IS HEREBY ORDERED:**

    1.   A status conference in this matter is set for August 13, 2013, at 9:15 a.m.; and

    2.   Based on the representation of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (continuity of counsel and reasonable time to prepare) up to and including August 13, 2013.

    IT IS SO ORDERED

Date: July 18, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT