BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-10-395 LKK |
| Plaintiff, ) | |
| ) | ORDER FOLLOWING |
| ) | STATUS CONFERENCE |
| v. ) | |
| LUIS EDWARD SANCHEZ, ) | |
| GABRIEL FERNANDO GARCIA, ) | |
| GREGORIO TELLEZ, ) | |
| and SEARCY ANDREWS, ) | |
| Defendants. ) | |

This matter came before the Court for a status conference on August 13, 2013, at 9:15 a.m. Assistant United States Attorney Todd D. Leras represented the government. Attorney Chris Cosca appeared on behalf of Defendant Gabriel Garcia pursuant to a written waiver of appearance. Attorney Erin Radekin appeared on behalf of Defendant Searcy Andrews pursuant to a written waiver of appearance. Attorney Danny Brace appeared on behalf of Defendant Gregorio Tellez, who was personally present in court. Defendant Sanchez's attorney, Anthony Palik, did not appear. A

1

1 waiver of appearance had previously been filed for Defendant Luis
2 Sanchez.
3    The Court placed the matter on calendar for Attorney Palik
4 to appear on August 14, 2013.  The Court further directed
5 government counsel to telephone Mr. Palik and inform him that he
6 needed to be personally present on August 14, 2013.
7    The remaining parties informed the Court that they are
8 conducting additional investigation and exchanging information
9 related to potential resolution of the case.  On that basis,
10 Defendants Garcia, Tellez, and Andrews requested that the status
11 conference be continued to September 17, 2013, at 9:15 a.m.  They
12 further requested an exclusion of time to that date for attorney
13 preparation and continuity of counsel.  The government joined in
14 the exclusion request.  The Court directed government counsel to
15 prepare a formal order regarding the proceedings.

**IT IS HEREBY ORDERED**:

1. Attorney Anthony Palik is directed to appear on behalf of his client, Defendant Luis Sanchez, on August 14, 2013, at 10:00 a.m.;

2. A status conference in this matter is set for September 17, 2013, at 9:15 a.m., as to Defendants Garcia, Tellez, and Andrews;

3. Based on the representation of the parties as to Defendants Garcia, Tellez, and Andrews, the Court finds that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (continuity of counsel and reasonable time to prepare) up to and including September 17, 2013.

IT IS SO ORDERED

Date: August 16, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT