```
BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> TOMAS SOTELO, SR., ) <br> GABRIEL FERNANDO GARCIA, ) <br> GREGORIO TELLEZ, ) <br> and SEARCY ANDREWS, ) <br> ) <br> Defendants. ) <br> ──────────────────────────── ) | CR. S-10-395 LKK <br><br> ORDER FOLLOWING <br> STATUS CONFERENCE |

This matter came before the Court for a status conference on September 17, 2013, at 9:15 a.m. Assistant United States Attorney Todd D. Leras represented the government. Attorney Chris Cosca appeared on behalf of Defendant Gabriel Garcia pursuant to a written waiver of appearance. Attorney Erin Radekin appeared on behalf of Defendant Searcy Andrews pursuant to a written waiver of appearance. Attorney Danny Brace appeared on behalf of Defendant Gregorio Tellez, who was personally present in court. Attorney Kyle Knapp appeared on behalf of

1 | Defendant Tomas Sotelo, Sr., who was personally present in court.
2 |     The parties informed the Court that they are conducting
3 | additional investigation and exchanging information related to
4 | potential resolution of the case.  This additional investigation
5 | impacts the potential sentencing guidelines applicable to the
6 | case in the event a negotiated resolution is not reached and the
7 | matter is set for trial.  On that basis, Defendants Sotelo,
8 | Garcia, Tellez, and Andrews requested that the status conference
9 | be continued to November 5, 2013, at 9:15 a.m.  They further
10 | requested an exclusion of time to that date for attorney
11 | preparation and continuity of counsel.  The government joined in
12 | the exclusion request.  The Court directed government counsel to
13 | prepare a formal order regarding the proceedings.

**IT IS HEREBY ORDERED**:

1. A status conference in this matter is set for November 5, 2013, at 9:15 a.m., as to Defendants Sotelo, Garcia, Tellez, and Andrews; and

2. Based on the representation of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (continuity of counsel and reasonable time to prepare) up to and including November 5, 2013.

   IT IS SO ORDERED

Date: September 24, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT