BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95831
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-0395 LKK |
| Plaintiff, | ORDER SETTING FURTHER STATUS CONFERENCE AND EXCLUDING TIME |
| v. | |
| LUIS EDUARDO SANCHEZ, GABRIEL FERNANDO GARCIA, GERGORIO TILLEZ, TOMAS SOTELO, SR., and SEARCY ANDREWS, | |
| Defendants. | |

This matter came before the Court for a status conference on November 5, 2013, at 9:15 a.m. The Defendants were present or had a waiver of appearance on file, with each defendant represented by his counsel or, as to defendant Andrews, counsel standing in for his counsel. The government was represented by Assistant U.S. Attorney Richard Bender, recently assigned to the case, the prior assigned Assistant U.S. Attorney having left the office.

Government counsel indicated that he needed additional time to digest the factually complex case and to issue plea offers to the remaining five defendants. Defense counsel agreed and will need additional time to meet and confer with their clients about the offers, conduct any further investigation caused by the offers, conduct further discussions with government counsel, and to determine their next step. Accordingly, the parties requested to continue the status conference to December 3, 2013 at 9:15 a.m. at which time they anticipate either changes of pleas and/or setting a trial schedule.

Order Continuing Status Conference

1  For the above-stated reasons, the parties requested that time be excluded from the Speedy Trial Act computations pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv)(reasonable time for government and defense counsel to prepare); Local Code T4 (reasonable time to prepare and continuity of counsel) up to and including December 3, 2013.  The Court directed government counsel to prepare a formal order.

IT IS HEREBY ORDERED:

1. A further status conference in this matter is set for December 3, at 9:15 a.m.;

2. Based on the representation of the parties, the Court excludes the time period from, and including, November 5, 2013, to December 3, 2013, under the Speedy Trial Act and finds that the ends of justice outweigh the best interest of the public and the defendants in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

Date: November 13, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT