```
1  BENJAMIN B. WAGNER
   United States Attorney
2  RICHARD J. BENDER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95831
4  Attorneys for Plaintiff
   United States of America
5
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>LUIS EDUARDO SANCHEZ,<br>GABRIEL FERNANDO GARCIA,<br>GERGORIO TILLEZ,<br>TOMAS SOTELO, SR., and<br>SEARCY ANDREWS,<br><br>　　　　　　　　Defendants. | CASE NO.  2:10-CR-0395 LKK<br><br>ORDER SETTING FURTHER STATUS<br>CONFERENCE AND EXCLUDING TIME |

　　　This matter came before the Court for a status conference on December 3, 2013, at 9:15 a.m.  As reflected in the Clerk's Record (C.R. 378), the five defendants were either present (3) or had a waiver of appearance on file (2), with each defendant represented by his counsel as was the government.

　　　Government counsel, who is relatively new to the case, indicated that plea offers had been extended to the five defense counsel and the case was close to settlement.  Additional time to prepare the plea agreements and for counsel to review them with their clients is needed.  Defense counsel agreed.  Accordingly, the parties requested to continue the status conference to January 14, 2014 at 9:15 a.m.

　　　For the above-stated reasons, the parties requested that time be excluded from the Speedy Trial Act computations pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv)(reasonable time for government and defense counsel to prepare); Local Code T4 (reasonable time to prepare and continuity of counsel) up to and including January 14, 2014.

　　　IT IS HEREBY ORDERED:

1. A further status conference in this matter is set for January 14, 2014, at 9:15 a.m.;

2. Based on the representation of the parties, the Court excludes the time period from, and including, December 3, 2013 to January 14, 2014, under the Speedy Trial Act and finds that the ends of justice outweigh the best interest of the public and the defendants in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

Date:  December 9, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT