BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS EDWARD SANCHEZ, and GREGORIO TELLEZ,<br><br>Defendants. | CASE NO. 2:10-CR-0395 LKK<br><br>ORDER RE: SCHEDULING STATUS CONFERENCE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT<br><br>DATE: January 14, 2014<br>TIME: 9:15 a.m.<br>COURT: Hon. Lawrence K. Karlton |

On January 14, 2014, the Court held a status conference in this case. Assistant United States Attorney Richard Bender appeared on behalf of plaintiff, the United States of America. Christopher Cosca specially appeared with defendants Luis Edward Sanchez and Gregorio Tellez, who were present and out of custody.

This Court granted a continuance for a further status conference/entry of plea to February 25, 2014, at 9:15 a.m.

For the reasons stated in open court and having found that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act, the Court therefore excluded time from

/ / /

/ / /

/ / /

1  January 14, 2014, to, and including, February 25, 2014, from computation of time within which the trial
2  of this matter must be commenced, pursuant to Local Code T4.

3
4  Dated:   January 21, 2014

                                         The Honorable Lawrence K. Karlton
5                                           UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE: SCHEDULING STATUS CONFERENCE AND EXCLUDING TIME

2