BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95831
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>GREGORIO TELLEZ,<br><br>　　　　　　　Defendants. | CASE NO.  2:10-CR-0395 LKK - AC<br><br>STIPULATION CONTINUING SENTENCING; ORDER |

　　　This matter is currently scheduled for sentencing for August 4, 2014 before the Honorable Allison Claire, U.S. Magistrate Judge and the parties request that the matter be continued to August 25, 2014 at 9:00 a.m.  The reason for the request is that a material issue has arisen concerning a factual statement in the Presentence Report (PSR) which the parties can likely resolve with the Probation Officer if given additional time.  Additionally, Government counsel was out of the country for much of the period after the PSR was issued and only recently focused on the issue.  Defense counsel concurs with the requests and the Probation Officer has no objection.

Dated:  August 1, 2014　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　　　U.S. Attorney

　　　　　　　　　　　　　　　　　　　　　　　　by  /s/ Richard J. Bender
　　　　　　　　　　　　　　　　　　　　　　　　RICHARD J. BENDER
　　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney


Dated:  August 1, 2014　　　　　　　　　　　　/s/ Danny D. Brace, Jr.  (by RJB)
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Gregorio Tellez

//

[Stip./Order Continuing Sentencing to August 5, 2014 in U.S. v. Gregorio Tellez, page two]

O R D E R

It is so ORDERED,

this 4th day of August, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION CONTINUING SENTENCING                    2