BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95831
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:10-CR-0395 LKK - AC |
| Plaintiff, | STIPULATION CONTINUING SENTENCING; ORDER |
| v. | |
| GREGORIO TELLEZ, | |
| Defendants. | |

        This matter is currently scheduled for sentencing for August 25, 2014 before the Honorable

Allison Claire, U.S. Magistrate Judge and the parties request that the matter be continued to September

5, 2014 at 1:30 p.m.  The reason for the request is that a material issue has arisen concerning factual

statements in the Presentence Report (PSR) which the parties are working at resolving.  Progress has

been made in addressing the issue but additional time is needed.  Defense counsel concurs with the

requests and the Probation Officer has been notified.


Dated:  August 22, 2014                         BENJAMIN B. WAGNER
                                                U.S. Attorney

                                                by  /s/ Richard J. Bender
                                                RICHARD J. BENDER
                                                Assistant U.S. Attorney


Dated:  August 1, 2014                          /s/ Danny D. Brace, Jr.  (by RJB)
                                                Attorney for Gregorio Tellez

//

[Stip./Order Continuing Sentencing to September 5, 2014 in U.S. v. Gregorio Tellez,  page two]

O R D E R

It is so ORDERED,

this 22nd day of  August, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE