DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Gregorio Tellez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>GREGORIO TELLEZ,<br><br>        Defendant | Case No.: 2:10 CR 395 LKK AC<br><br>AMENDED - STIPULATION CONTINUING SENTENCING, ORDER |

This matter is currently scheduled for sentencing on September 5, 2014 before the Honorable Allison Claire, Magistrate Judge.  The parties request that the matter be continued to October 7, 2014 at 9:00 a.m.  The reason for this request is that counsel for Gregorio Tellez is currently in a lengthy criminal defense trial in Sacramento County Superior Court.  Prosecuting counsel concurs with the request and the Probation Officer has been notified.

Respectfully submitted,


Date: 9-22-14                            By: /s/ Danny D. Brace, Jr.,
                                             DANNY D. BRACE, JR.,
                                             Attorney for Gregorio Tellez

STIP AND ORDER TO EXTEND TIME - 1

```
 1
 2   Date:   9-22-14                        By:/s/ Richard Bender
                                            RICHARD BENDER
 3                                          Assistant United States Attorney
                                            Authorized to sign on behalf of Mr. Bender
 4                                          On September 22, 2014
 5
     Continued as stipulated, nun pro tunc to September 5, 2014.
 6
     **IT IS SO ORDERED:**
 7
     **Dated:**  September 23, 2014
 8
                                            _____
 9                                          ALLISON CLAIRE
                                            UNITED STATES MAGISTRATE JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```