UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 2, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA,  )
                           )   Case No. 2:10CR000395-AC
         Plaintiff,        )
v.                         )   ORDER FOR RELEASE OF
                           )   PERSON IN CUSTODY
GREGORIO T ELLEZ,          )
                           )
         Defendant.        )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __GREGORIO T ELLEZ__ , Case No. __2:10CR000395-AC__ , Charge __Supervise Release Violation__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

__ Bail Posted in the Sum of $_____

  __ Unsecured Appearance Bond

  __ Appearance Bond with 10% Deposit

  __ Appearance Bond with Surety

  __ Corporate Surety Bail Bond

  ✔ (Other)   __Conditions as stated on the record.__

Issued at __Sacramento, CA__ on __February 2, 2015__ at __9:30 am__ .

By  /s/ Allison Claire/s/ Allison Claire
    Allison Claire
    United States Magistrate Judge

Copy 2 - Court